## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

_____

Willie C. Fortune
     **Plaintiff**


     **v.**

                              **Civil Action No. 1:24-cv-12084-FDS**



Janssen Pharmaceuticals, Inc. et al
     **Defendant**
_____


## <u>ORDER OF DISMISSAL</u>


**<u>Saylor, C. J.</u>**


In accordance with the Court's ORDER dated August 4, 2025 (Dkt. No. 47), it is hereby ORDERED that the above-entitled action be and hereby is DISMISSED.


                                        By the Court,


<u>08/04/2025</u>                                <u>/s/ Melonie Cooke</u>
Date                                          Deputy Clerk